IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROXANNE FORD,

    Plaintiff,

v.

TOYS "R" US - DELAWARE, INC.,

    Defendants.

CIVIL ACTION
FILE NO. 4:15-cv-00186-LGW-GRS

## AMENDED SCHEDULING ORDER

The parties, having jointly requested that certain remaining deadlines be extended in this matter, and the Court having reviewed same and having found the proposed deadlines herein appropriate, it is hereby ORDERED that the following deadlines be observed in the above-referenced case:

| | |
|---|---|
| LAST DAY TO IDENTIFY EXPERT WITNESSES OR NOTIFY PLAINTIFF OF INDEPENDENT MEDICAL EVALUATION BY A DEFENDANT | 12/11/15 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY DEFENDANT | 1/15/16 |
| CLOSE OF DISCOVERY | 2/17/16 |
| LAST DAY FOR FILING **ALL** CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, **BUT EXCLUDING MOTIONS IN LIMINE** (30 days after close of discovery) | 3/18/16 |
| PRE-TRIAL ORDER DUE | 5/17/16 |

Defendant(s) shall submit their portion of the pre-trial order to plaintiff five (5) days before the pretrial order deadline, in default of which sanctions may be imposed.

10773799

Motions in limine shall be submitted in writing at least five (5) days prior to the pretrial conference; responses thereto shall be submitted with in fourteen (14) days. All motions, other than summary judgment and motions to dismiss, <u>shall</u> be accompanied with a proposed order.

**ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL <u>NOT</u> BE ALLOWED.**

Curriculum vitaes on all expert witnesses shall be filed separately with the pretrial order. This rule will be strictly adhered to and the court will not allow the expert witness to testify if this has not been complied with.

SO ORDERED this 12th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA