IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROXANNE FORD )
 )  CV 415-186
v. )
 )
TOYS "R" US-DELAWARE, INC. )

## O R D E R

The plaintiff, Roxanne Ford, and defendant, Toys "R" Us-Delaware, Inc., by and through their respective counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. This motion is hereby GRANTED. All claims of plaintiff Roxanne Ford against Defendant, Toys "R" Us-Delaware, Inc., are hereby dismissed with prejudice. This case stands closed.

SO ORDERED this 22 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA